# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# NO. 4:18CR58-H

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | |
| ) | ORDER TO SEAL |
| CARL JASON JEROME, ) | |
| DEFENDANT. ) | |

Upon motion of the Defendant and for good cause shown, the Court hereby ORDERS the Defendant's Motion to Continue Sentencing filed herein be sealed until further order of the Court.

The Court further ORDERS that the Clerk of Court may provide copies to the Defendant's Counsel.

This the 28th day of August, 2019.

_____
THE HONORABLE MALCOLM J. HOWARD